IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAUI PINEAPPLE CO., LTD.,, ) | CIVIL NO. 06-00655 DAE-LEK |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | |
| E.A. BONELLI & ASSOCIATES, ) | |
| INC., ARCHITECTS, ET AL., , ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendations having been filed and served on all parties on 6/14/07, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Remand" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 2, 2007.



_____
David Alan Ezra
United States District Judge

Maui Pineapple Co., Ltd. vs. E.A. Bonelli & Associates, Inc., et al., Civil No. 06-00655 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

cc: all parties of record